1   **WO**

2

3
4
5

6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE DISTRICT OF ARIZONA

8
9
United States of America,                    )
10                                              )
                        Plaintiff,            )        CR-10-1223-PHX-SRB
11              v.                            )
                                              )
12   Adrianna Gil Martinez,                   )        ORDER OF DETENTION
                                              )
13                      Defendant.            )
_____)

14          Defendant was released on his own recognizance on August 12, 2011.  Pretrial

15   Services filed a Petition for Action on Conditions of Pretrial Release alleging that

16   defendant violated the terms of his release.  Defendant was arrested and appears

17   before the Court with counsel.

18          Counsel for defendant advises the Court that defendant wishes to waive his right

19   to a hearing and admit the allegations contained in the petition.  The Court addressed

20   defendant and advised defendant of his right to remain silent, to continued

21   representation by counsel, to provide evidence on his behalf, and the government's

22   obligation to prove that defendant violated at least one condition of release by clear and

23   convincing evidence.  Defendant advised he understood these rights and confirmed that

24   he wanted to waive his right to a hearing and admit.

25          The Court addressed defendant regarding, the allegation contained in the petition

26   and he admitted the allegations.

27

28

The Court finds that defendant is guilty of violating his pretrial release conditions and there is a factual basis for the admission.  Further, that the admission was entered into knowingly, intelligently, voluntarily, and without coercion or promises.

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

DATED this 13th day of April, 2011.


Edward C. Voss
United States Magistrate Judge